THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH C. HICKEY, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Hickey* v. *Waldo*, 156 App. Div. 939, affirmed.
(Argued February 23, 1914; decided March 10, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1913, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Sidney H. Stuart* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.